UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **GLENROY CASSIS,**<br><br>Petitioners,<br><br>v.<br><br>**DHS,**<br><br>Respondent. | Civil Action No. 25-9204 (RK)<br><br>**ORDER** |

*Pro se* Petitioner Glenroy Cassis, who is detained at the Joseph V. Conte Facility in Fort Lauderdale, Fl., has filed a petition under 28 U.S.C. § 2241.[1] Petitioner has not paid the $5.00 filing fee or submitted an affidavit of poverty in lieu of the filing fee. The Court will ADMINISTRATIVELY TERMINATE this matter and provide Petitioner with an opportunity to submit an affidavit of poverty or pay the $5.00 filing fee.

**THEREFORE**, it is on this ___ day of July 2025,

**ORDERED** that the Clerk of the Court shall send Petitioner a blank affidavit of poverty, DNJ-Pro Se-007-B-(Rev. 09/09), without filing the Petition or assessing a filing fee; it is further

**ORDERED** that in order to proceed, Petitioner must submit the $5.00 filing fee or a complete, signed affidavit of poverty that contains information to establish that he is currently unable to pay the fees and costs of the proceeding; it is further

**ORDERED** that upon receipt of the $5.00 filing fee or a complete, signed affidavit of poverty, the Clerk of the Court will be directed to reopen this case; and it is finally

---

[1] It is unclear whether Petitioner is detained by immigration authorities or on criminal charges.

**ORDERED** that the Clerk of the Court shall send a copy of this Order to Petitioner by regular U.S. mail.

_____
ROBERT KIRSCH
United States District Judge